■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CRUZADO, Appellant.—Judgment, Supreme Court, New York County, rendered February 17, 1976, convicting defendant after a jury trial of criminal sale of a controlled substance in the third degree (Penal Law, § 220.39), and two counts of criminal possession of a controlled substance in the seventh degree (Penal Law, § 220.03), unanimously modified, on the law, to dismiss the third count, to wit, criminal possession of a controlled substance in the seventh degree, and otherwise affirmed. Defendant could not have committed the crime of criminal sale of a controlled substance in the third degree without also having committed the crime of criminal possession in the seventh degree, as the People concede. Where the verdict is comprised of inclusory concurrent counts, a verdict of guilty on the greatest count is deemed a dismissal of the lesser count (CPL 300.40, subd 3, par [b]; *People v Grier,* 37 NY2d 847, 848; *People v Gaul,* 63 AD2d 563). We have examined the other points raised by appellant and find them without merit. Concur—Murphy, P. J., Silverman, Fein, Markewich and Sandler, JJ.

■ JAMES KING & SON, INC., Respondent, v DE SANTIS CONSTRUCTION No. 2 CORP., Appellant.—Appeal from judgment, Supreme Court, New York County, entered January 25, 1978, unanimously dismissed as academic without costs or disbursements. Amended judgment, Supreme Court, New York County, entered August 3, 1978, unanimously modified, on the law and on the facts, to provide that interest be calculated from August 15, 1974, instead of September 19, 1972, and otherwise affirmed, without costs or disbursements, on the opinion of Justice Schwartz. The plaintiff did not suffer its damages until August 15, 1974, when it paid the final sum to the substitute subcontractor. Thus, only on that date did the aggregate amount paid to the substitute subcontractor exceed, for the first time, the total that plaintiff would have been required to pay to defendant as subcontractor. Settle order. Concur—Kupferman, J. P., Birns, Evans and Lane, JJ.